## Francis M. Allen, Appellant, v. Sidney H. Kahn et al., Appellees.

Gen. No. 40,686.

Heard in second division, first district, at February term, 1939; opinion filed February 23, 1940; rehearing denied April 1, 1940. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Gottlieb & Schwartz, Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Claude A. Roth, Harry E. Smoot and J. F. Bishop, of counsel. Opinion by Justice FRIEND. ''Not to be published in full.''